**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC. and ALLEGHENY CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>DIVERSIFIED CONCRETE CUTTING, INC., a Nevada Corporation; MERCURIO EQUIPMENT, LTD., a Nevada Limited Liability Company; DEMO-TECH, LTD., a Nevada Limited Liability Company; BRANDT CHILDREN'S TRUST, a trust created by and for Individuals residing in the State of Nevada; KENNETH M. MERCURIO, an Individual; DOES I THROUGH X, Inclusive; ROE CORPORATIONS I THROUGH X, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00687-GMN-EJY<br><br>**ORDER** |

　　　Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna Youchah, (ECF No. 22), which recommends that Plaintiffs' Motion for Default Judgment be denied without prejudice. The R&R also recommends that Plaintiffs refile the Motion for Entry of Default Judgment and serve it upon each Defendant. (R&R 7:13–14).

　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is

not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, December 24, 2020, has passed. (*See* Report and Recommendation, ECF No. 22).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 22), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment, (ECF No. 21) is **DISMISSED without prejudice**.[1]

**DATED** this __20__ day of January, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

---

[1] The Court notes that Plaintiffs have already complied with the R&R by renewing their Motion for Default Judgment, (ECF No. 23), and serving it upon Defendants, (ECF No. 24).