**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC. and ALLEGHENY CASUALTY COMPANY, <br><br> Plaintiff, <br> vs. <br><br> DIVERSIFIED CONCRETE CUTTING, INC., a Nevada Corporation; MERCURIO EQUIPMENT, LTD., a Nevada Limited Liability Company; DEMO-TECH, LTD., a Nevada Limited Liability Company; BRANDT CHILDREN'S TRUST, a trust created by and for Individuals residing in the State of Nevada; KENNETH M. MERCURIO, an Individual; DOES I THROUGH X, Inclusive; ROE CORPORATIONS I THROUGH X, Inclusive, <br><br> Defendants. | Case No.: 2:18-cv-00687-GMN-EJY <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna Youchah, (ECF No. 28), which recommends that Plaintiffs' Motion for Default Judgment, (ECF No. 23), be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized

that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, April 22, 2021, has passed. (*See* Report and Recommendation, ECF No. 28).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 28), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment, (ECF No. 23) is **GRANTED**.

**DATED** this __26__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court